### Affidavit of Records Custodian of
### Bassett Surgery Center

STATE OF TEXAS                          §
                                        §
COUNTY OF EL PASO                        §

Before me, the undersigned authority, personally appeared _Luz Ibarra_, who, being by me duly sworn, deposed as follows:

(Custodian of Records Name)

My name is _Luz Ibarra_. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for **Bassett Surgery Center.** Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **Bassett Surgery Center** provided to **DAWN CORDERO** on **October 11, 2016 to Present**, the attached records are part of this affidavit.

The attached records are kept by **Bassett Surgery Center** in the regular course of business, and it was the regular course of business of **Bassett Surgery Center** for an employee or representative of for **Bassett Surgery Center**, with knowledge of the service provided, to make the record or transmit information to be included in the record. The records were made in the regular course of business at or near the time reasonably soon after the time the service was provided. The records are the original or duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ _0.06_ and the amount currently unpaid but which for **Bassett Surgery Center** has a right to be paid after any adjustments or credits is $ _29,296.00_.

_Luz Ibarra_
Affiant (Custodian of Records Signature)

SWORN TO AND SUBSCRIBED before me on the _4_ day of _June_, 2019.

```
Valeria A. Flores
Notary ID: 131364003
My Commission Expires:
December 1, 2021
```

_V___
Notary Public, State of Texas

Notary's printed name: _Valeria Flore_          My commission expires: _12/01/2021_

EXHIBIT 1

# Bassett Surgery Center

6211 Edgemere, Suite 2
El Paso, TX 79925-3413
(915)881-1010

**Itemized Statement**

Page: 1
Printed on: 5/28/2019

| Patient |
| --- |
| Dawn Cordero |
| 1880 Joan Francis Dr |
| Horizon City, TX 79928 |

**Primary Ins:** Flores Tawney & Acosta
**Secondary Ins:**
**Tertiary Ins:**

**Case #:** 4032
**Claim#:** 3948

| Date | Procedure Code | Modifier | Description | Units | Charge |
| --- | --- | --- | --- | --- | --- |
| **Provider:** | BASSETT SURGERY CENTER | | **Physician:** ROBERT E. URREA M.D, PA | | |
| 7/26/2018 | 27095 | SG | Inj Proc Hip Arthrography; W/Anes | 1 | 17,000.00 |
| 7/26/2018 | 73525 | SG 26 59 | Rad Exam Hip Arthrogra-Rad S&I | 1 | 1,208.00 |
| 7/26/2018 | 73510 | 26 59 | Hip (2V) | 1 | 158.00 |
| 7/26/2018 | 99152 | | Mod Sed  Service | 1 | 368.00 |
| 7/26/2018 | J2001 | | Lidocaine 1% HCL mg/ml | 1 | 21.00 |
| 7/26/2018 | Q9967 | | 300-399mg/ml Iodine concentration | 1 | 179.00 |
| 7/26/2018 | J1030 | | Depo-Medrol 40mg | 1 | 84.00 |
| 7/26/2018 | J2400 | | Marcaine 0.25% mg/ml | 1 | 84.00 |
| 7/26/2018 | A4550 | | Surgical tray | 1 | 16.00 |
| 7/26/2018 | A4930 | | Gloves, Sterile, Pair | 1 | 13.00 |

---

### Business Office Hours:
Mon - Fri 8am - 5pm (Mountain Time)
**Ph: (915)881-1010**     **Fax: (915)881-8082**

Total Charges:  $ 19131.00
**Total Due This Visit:  $ 19131.00**

Total Account Balance:  $ 29,296.00

**EXHIBIT 1**

# Bassett Surgery Center

6211 Edgemere, Suite 2
El Paso, TX 79925-3413
(915)881-1010

**Page: 1**
Printed on: 5/28/2019

### *Itemized Statement*

| Patient |
| --- |
| Dawn Cordero |
| 1880 Joan Francis Dr |
| Horizon City, TX 79928 |

**Primary Ins:** Flores Tawney & Acosta

**Secondary Ins:**

**Tertiary Ins:**

**Case #:** 4170

**Claim#:** 4057

| Date | Procedure Code | Modifier | Description | Units | Charge |
| --- | --- | --- | --- | --- | --- |
| **Provider:** | BASSETT SURGERY CENTER | | **Physician:** ROBERT E. URREA M.D, PA | | |
| 12/20/2018 | 64483 | SG | INJ LUMBAR/SACRAL | 1 | 4,200.00 |
| 12/20/2018 | 64450 | SG 59 | PERIPHERAL NERVE BLOCK | 1 | 4,200.00 |
| 12/20/2018 | 77003 | TC 59 | Flouroscopic Guidance | 1 | 500.00 |
| 12/20/2018 | 72100 | TC 59 | X-Ray Spine Lumbosacral (2Views) | 1 | 500.00 |
| 12/20/2018 | 99152 | | Mod Sed Service | 1 | 368.00 |
| 12/20/2018 | Q9967 | | 300-399mg/ml Iodine concentration | 1 | 179.00 |
| 12/20/2018 | J2001 | | Lidocaine 1% HCL mg/ml | 1 | 21.00 |
| 12/20/2018 | J2400 | | Marcaine 0.25% mg/ml | 1 | 84.00 |
| 12/20/2018 | J1030 | | Depo-Medrol 40mg | 1 | 84.00 |
| 12/20/2018 | A4550 | | Surgical tray | 1 | 16.00 |
| 12/20/2018 | A4930 | | Gloves, Sterile, Pair | 1 | 13.00 |

| ***Business Office Hours:*** |
| --- |
| Mon - Fri 8am - 5pm (Mountain Time) |
| **Ph: (915)881-1010     Fax: (915)881-8082** |

Total Charges:   $ 10165.00

**Total Due This Visit:   $ 10165.00**

Total Account Balance:   $ 29,296.00

**EXHIBIT 1**