## Affidavit of Records Custodian of
## The Back & Neck Institute

STATE OF TEXAS §
§
COUNTY OF EL PASO §

Before me, the undersigned authority, personally appeared __Lucia Orona__, who, being by me duly sworn, deposed as follows: (Custodian of Records Name)

My name is __Lucia Orona__ I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for **The Back & Neck Institute.** Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **The Back & Neck Institute** provided to **DAWN CORDERO** on October 11, 2016 to Present, the attached records are part of this affidavit.

The attached records are kept by **The Back & Neck Institute** in the regular course of business, and it was the regular course of business of **The Back & Neck Institute** for an employee or representative of for **The Back & Neck Institute**, with knowledge of the service provided, to make the record or transmit information to be included in the record. The records were made in the regular course of business at or near the time reasonably soon after the time the service was provided. The records are the original or duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ __0__ and the amount currently unpaid but which for **The Back & Neck Institute** has a right to be paid after any adjustments or credits is $ __18,490.00__

_____
Affiant (Custodian of Records Signature)

SWORN TO AND SUBSCRIBED before me on the __4__ day of __June__, 2018

Valeria A. Flores
Notary ID: 131364003
My Commission Expires:
December 1, 2021

_____
Notary Public, State of Texas

Notary's printed name: __Valeria Flores__     My commission expires: __12/01/2021__


RECEIVED
FEB 13 2019
BY: _____

**EXHIBIT 2**



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER | |
| 2. PATIENT'S NAME: CORDERO, DAWN | 3. PATIENT'S BIRTH DATE: 07/05/1995 SEX: F [X] | 4. INSURED'S NAME: HOWDYS |
| 5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] | 7. INSURED'S ADDRESS: 12460 MONTWOOD DR |
| CITY: EL PASO  STATE: TX | 8. RESERVED FOR NUCC USE | CITY:  STATE: |
| ZIP CODE: 79928  TELEPHONE: ( ) | | ZIP CODE:  TELEPHONE: ( ) |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 07/05/1995 SEX: F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES [X] PLACE (State): | b. OTHER CLAIM ID (Designated by NUCC): |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME: FLORES TAWNEY ACOSTA PC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 10/17/17

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 10/11/16  QUAL: 431
15. OTHER DATE  QUAL: 454  09/28/17
16. DATES PATIENT UNABLE TO WORK: FROM / TO
17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA   17a. OB MDK4281TX   17b. NPI 1356303150
18. HOSPITALIZATION DATES: FROM / TO
19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
A. M24852  B. M79605  C. M7062  D.

22. RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT | ID QUAL | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 28 17 | 09 28 17 | 11 | | 99245 | | A B C | 750 00 | 1 | | NPI | 1356303150 |
| 2 | 09 28 17 | 09 28 17 | 11 | | 73502 | LT | A B C | 250 00 | 1 | | NPI | 1356303150 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 742930387  EIN [X]
26. PATIENT'S ACCOUNT NO.: CORDA005 129879
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $1000 00
29. AMOUNT PAID:
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE  SIGNED: 10/17/17
32. SERVICE FACILITY LOCATION: THE BACK NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413  a. 1265499578  b.
33. BILLING PROVIDER INFO & PH #: (915) 8818264  THE BACK & NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413  a. 1265499578  b. OBMDK4281TX

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): CORDERO, DAWN
3. PATIENT'S BIRTH DATE: 07 05 1995   SEX: F ☒
4. INSURED'S NAME: HOWDYS
5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: 12460 MONTWOOD DR
CITY: EL PASO   STATE: TX
8. RESERVED FOR NUCC USE
ZIP CODE: 79928

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
   a. EMPLOYMENT? NO ☒
   b. AUTO ACCIDENT? YES ☒
   c. OTHER ACCIDENT? NO ☒
11. INSURED'S POLICY GROUP OR FECA NUMBER
   a. INSURED'S DATE OF BIRTH: 07 05 1995   SEX: F ☒
   c. INSURANCE PLAN NAME: FLORES TAWNEY ACOSTA PC
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO ☒

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE   DATE: 07/13/18
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 10 11 16   QUAL: 431
15. OTHER DATE: QUAL 454   09 28 17
17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA
17a. OB MDK4281TX
17b. NPI 1356303150
19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO ☒

21. DIAGNOSIS:
A. M24852   B. M79605   C. M7062

| 24.A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 06 22 18 / 06 22 18 | 11 | | 99215 | ABC | 500 00 | 1 | | NPI | 1356303150 |

25. FEDERAL TAX I.D. NUMBER: 742930387   EIN ☒
26. PATIENT'S ACCOUNT NO.: CORDA005 137026
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: $ 500 00
31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE   07/13/18
32. SERVICE FACILITY LOCATION: THE BACK NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413   a. 1265499578
33. BILLING PROVIDER INFO & PH #: (915) 8818264   THE BACK & NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413   a. 1265499578   b. OBMDK4281TX

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| Field | Value |
|---|---|
| PICA | |
| 1. Insurance Type | OTHER [X] |
| 1a. INSURED'S I.D. NUMBER | |
| 2. PATIENT'S NAME | CORDERO, DAWN |
| 3. PATIENT'S BIRTH DATE | 07 05 1995 SEX: F [X] |
| 4. INSURED'S NAME | HOWDYS |
| 5. PATIENT'S ADDRESS | 1880 JOAN FRANCIS DR |
| CITY / STATE | EL PASO, TX |
| ZIP CODE | 79928 |
| 6. PATIENT RELATIONSHIP TO INSURED | Other [X] |
| 7. INSURED'S ADDRESS | 12460 MONTWOOD DR |
| 10a. EMPLOYMENT? | NO [X] |
| 10b. AUTO ACCIDENT? | NO [X] |
| 10c. OTHER ACCIDENT? | YES [X] |
| 11a. INSURED'S DOB | 07 05 1995 SEX: F [X] |
| 11c. INSURANCE PLAN NAME | FLORES TAWNEY ACOSTA PC |
| 11d. ANOTHER HEALTH BENEFIT PLAN? | NO [X] |
| 12. PATIENT'S SIGNATURE | SIGNATURE ON FILE — DATE 08/07/18 |
| 13. INSURED'S SIGNATURE | SIGNATURE ON FILE |
| 14. DATE OF CURRENT ILLNESS | 10 11 16 QUAL 431 |
| 15. OTHER DATE | QUAL 454 09 28 17 |
| 17. REFERRING PROVIDER | DN ROBERT E URREA MDPA |
| 17a. | 0B MDK4281TX |
| 17b. NPI | 1356303150 |
| 19. ADDITIONAL CLAIM INFO | ZZ207X00000X |
| 20. OUTSIDE LAB? | NO [X] |
| 21. DIAGNOSIS | A. M24852  B. M79605  C. M7062 |

### 24. Service Lines

| # | From | To | POS | EMG | CPT/HCPCS | Modifier | Dx Ptr | Charges | Units | ID | Rendering Provider ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 26 18 | 07 26 18 | 24 | | 27095 | | ABC | 2500.00 | 1 | NPI | 1356303150 |
| 2 | 07 26 18 | 07 26 18 | 24 | | 73525 | 26 59 | ABC | 500.00 | 1 | NPI | 1356303150 |
| 3 | 07 26 18 | 07 26 18 | 24 | | 73502 | 26 59 | ABC | 250.00 | 1 | NPI | 1356303150 |

| Field | Value |
|---|---|
| 25. FEDERAL TAX I.D. | 742930387  EIN [X] |
| 26. PATIENT'S ACCOUNT NO. | CORDA005  137836 |
| 27. ACCEPT ASSIGNMENT? | YES [X] |
| 28. TOTAL CHARGE | $3250.00 |
| 31. SIGNATURE OF PHYSICIAN | SIGNATURE ON FILE  08/07/18 |
| 32. SERVICE FACILITY | BASSETT SURGERY CENTER, 6211 EDGEMERE STE2, EL PASO TX 79925-3413  a. 1477517316 |
| 33. BILLING PROVIDER | (915)8818264  THE BACK & NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413  a. 1265499578  b. OBMDK4281TX |

EXHIBIT 2

NUCC Instruction Manual available at: www.nucc.org — APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

PICA

1. MEDICARE [ ] MEDICAID [ ] TRICARE [ ] CHAMPVA [ ] GROUP HEALTH PLAN [ ] FECA BLK LUNG [ ] OTHER [X]
1a. INSURED'S I.D. NUMBER: (For Program in Item 1)

2. PATIENT'S NAME: CORDERO, DAWN
3. PATIENT'S BIRTH DATE: 07 05 1995  SEX: F [X]
4. INSURED'S NAME: CORDERO, DAWN

5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR

CITY: EL PASO   STATE: TX
8. RESERVED FOR NUCC USE
CITY: EL PASO   STATE: TX

ZIP CODE: 79928   TELEPHONE: ( )
ZIP CODE: 79928   TELEPHONE: ( )

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? YES [ ] NO [X]
a. INSURED'S DATE OF BIRTH: 07 05 1995  SEX: F [X]

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? YES [X] NO [ ]   PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? YES [ ] NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: FLORES TAWNEY ACOSTA PC

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 08/30/18
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 10 11 16   QUAL: 431
15. OTHER DATE: QUAL 454   09 28 17
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN ROBERT E URREA MDPA
17a. OB MDK4281TX
17b. NPI 1356303150
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind.
A. M24852   B. M79605   C. M7062   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24 | A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES (CPT/HCPCS) | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 13 18 | 08 13 18 | 11 | | 99215 | | ABC | 500 00 | 1 | | NPI | 1356303150 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 742930387   EIN [X]
26. PATIENT'S ACCOUNT NO.: CORDA005 138389
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 500 00
29. AMOUNT PAID: $
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
SIGNATURE ON FILE
SIGNED: 08/30/18

32. SERVICE FACILITY LOCATION INFORMATION:
THE BACK NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578

33. BILLING PROVIDER INFO & PH #: (915) 8818264
THE BACK & NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| 2. PATIENT'S NAME: CORDERO, DAWN | 3. PATIENT'S BIRTH DATE: 07 05 1995 SEX: F [X] | 4. INSURED'S NAME: CORDERO, DAWN |
| 5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR | 6. PATIENT RELATIONSHIP TO INSURED: Other [X] | 7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR |
| CITY: EL PASO  STATE: TX | 8. RESERVED FOR NUCC USE | CITY: EL PASO  STATE: TX |
| ZIP CODE: 79928  TELEPHONE: ( ) | | ZIP CODE: 79928  TELEPHONE: ( ) |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 07 05 1995  SEX: F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? NO [X]  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME: FLORES TAWNEY ACOSTA PC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 11/27/18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 10 11 16  QUAL. 431
15. OTHER DATE: QUAL. 454  09 28 17
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA
17a. 0B MDK4281TX
17b. NPI 1356303150
18. HOSPITALIZATION DATES
19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
A. M24852  B. M79605  C. M7062  D.

22. RESUBMISSION CODE
23. PRIOR AUTHORIZATION NUMBER

| 24. Date(s) of Service From / To | Place of Service | EMG | CPT/HCPCS | Modifier | Diagnosis Pointer | $ Charges | Days/Units | EPSDT | ID Qual | Rendering Provider ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 01 18 / 11 01 18 | 11 | | 72148 | | ABC | 2250 00 | 1 | | NPI | 1356303150 |

25. FEDERAL TAX I.D. NUMBER: 742930387  [X] EIN
26. PATIENT'S ACCOUNT NO.: CORDA005 140943
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 225000
29. AMOUNT PAID: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
SIGNATURE ON FILE
SIGNED: 11/27/18

32. SERVICE FACILITY LOCATION INFORMATION
THE BACK NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578

33. BILLING PROVIDER INFO & PH #: (915) 8818264
THE BACK & NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | |
|---|---|
| PICA | PICA |

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME: CORDERO, DAWN
3. PATIENT'S BIRTH DATE: 07/05/1995  SEX: F [X]
4. INSURED'S NAME: CORDERO, DAWN

5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR

CITY: EL PASO  STATE: TX
8. RESERVED FOR NUCC USE
CITY: EL PASO  STATE: TX

ZIP CODE: 79928  TELEPHONE: ( )
ZIP CODE: 79928  TELEPHONE: ( )

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? NO [X]
a. INSURED'S DATE OF BIRTH: 07/05/1995  SEX: F [X]

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? NO [X]  PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? YES [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: FLORES TAWNEY ACOSTA PC

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE  DATE: 12/11/18
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 10/11/16  QUAL. 431
15. OTHER DATE  QUAL. 454  09/28/17
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM  TO

17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA
17a. 0B MDK4281TX
17b. NPI 1356303150
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM  TO

19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
A. M24852  B. M79605  C. M7062  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 14 18  11 14 18 | 11 | | 99215 | ABC | 500 00 | 1 | | NPI | 1356303150 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 742930387  EIN [X]
26. PATIENT'S ACCOUNT NO.: CORDA005 141510
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 500 00
29. AMOUNT PAID: $
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE  SIGNED 12/11/18
32. SERVICE FACILITY LOCATION INFORMATION:
THE BACK NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578
33. BILLING PROVIDER INFO & PH #: (915) 8818264
THE BACK & NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER | |
| 2. PATIENT'S NAME: CORDERO, DAWN | 3. PATIENT'S BIRTH DATE: 07/05/1995  SEX: F [X] | 4. INSURED'S NAME: CORDERO, DAWN |
| 5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR | 6. PATIENT RELATIONSHIP TO INSURED: Other [X] | 7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR |
| CITY: EL PASO  STATE: TX | 8. RESERVED FOR NUCC USE | CITY: EL PASO  STATE: TX |
| ZIP: 79928  TELEPHONE: ( ) | | ZIP: 79928  TELEPHONE: ( ) |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 07/05/1995  SEX: F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? NO [X]  PLACE: | b. OTHER CLAIM ID |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] | c. INSURANCE PLAN NAME: FLORES TAWNEY ACOSTA PC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE 01/09/19
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 10/11/16  QUAL: 431
15. OTHER DATE: QUAL 454  09/28/17
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA  17a. 0B MDK4281TX  17b. NPI 1356303150
18. HOSPITALIZATION DATES:
19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO [X]
21. DIAGNOSIS: A. M545
22. RESUBMISSION CODE:
23. PRIOR AUTHORIZATION NUMBER:

| 24. DATE(S) OF SERVICE | | B. PLACE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAG PTR | F. $ CHARGES | G. DAYS | H. | I. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 20 18 | 12 20 18 | 24 | | 64483 | | A | 5000 00 | 1 | | NPI | 1356303150 |
| 12 20 18 | 12 20 18 | 24 | | 64450 | 59 | A | 1000 00 | 1 | | NPI | 1356303150 |
| 12 20 18 | 12 20 18 | 24 | | 72100 | 26 59 | A | 500 00 | 1 | | NPI | 1356303150 |

25. FEDERAL TAX I.D. NUMBER: 742930387  EIN [X]
26. PATIENT'S ACCOUNT NO: CORDA005 142404
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 6500 00
29. AMOUNT PAID:
31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE  01/09/19
32. SERVICE FACILITY LOCATION: BASSETT SURGERY CENTER, 6211 EDGEMERE STE 2, EL PASO TX 79925-3413  a. 1477517316
33. BILLING PROVIDER INFO & PH #: (915) 8818264  THE BACK & NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413  a. 1265499578

NUCC Instruction Manual available at: www.nucc.org  APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| 2. PATIENT'S NAME: CORDERO, DAWN | 3. PATIENT'S BIRTH DATE: 07/05/1995  SEX: F [X] |
| | 4. INSURED'S NAME: CORDERO, DAWN |
| 5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| | 7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR |
| CITY: EL PASO   STATE: TX | CITY: EL PASO   STATE: TX |
| ZIP CODE: 79928   TELEPHONE: ( ) | ZIP CODE: 79928   TELEPHONE: ( ) |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER: |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER: | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 07/05/1995  SEX: F [X] |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? NO [X]  PLACE (State): | b. OTHER CLAIM ID (Designated by NUCC): |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME: FLORES TAWNEY ACOSTA PC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: | 10d. CLAIM CODES: | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE: 01/16/19
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 10/11/16   QUAL: 431
15. OTHER DATE   QUAL: 454   09/28/17
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA   17a. 0B MDK4281TX   17b. NPI 1356303150
18. HOSPITALIZATION DATES:
19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
A. M24852   B. M79605   C. M7062   D.

22. RESUBMISSION CODE:
23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE | B. POS | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAG POINTER | F. $ CHARGES | G. DAYS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 03 19 - 01 03 19 | 11 | | 99215 | | ABC | 500.00 | 1 | | NPI | 1356303150 |

25. FEDERAL TAX I.D. NUMBER: 742930387  [X] EIN
26. PATIENT'S ACCOUNT NO.: CORDA005 142718
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 500.00
29. AMOUNT PAID: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE   SIGNED: 01/16/19
32. SERVICE FACILITY LOCATION: THE BACK NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413   a. 1265499578
33. BILLING PROVIDER INFO & PH #: (915) 8818264   THE BACK & NECK INSTITUTE, 6211 EDGEMERE SUITE 1, EL PASO TX 79925-3413   a. 1265499578

APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| 2. PATIENT'S NAME: CORDERO, DAWN | 3. PATIENT'S BIRTH DATE: 07 05 1995  SEX: F [X] |
| 4. INSURED'S NAME: CORDERO, DAWN | |
| 5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR | 6. PATIENT RELATIONSHIP TO INSURED: Other [X] |
| CITY: EL PASO  STATE: TX | 7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR |
| ZIP CODE: 79928 | CITY: EL PASO  STATE: TX  ZIP: 79928 |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: |
| a. EMPLOYMENT? NO [X] | |
| b. AUTO ACCIDENT? NO [X] | a. INSURED'S DOB: 07 05 1995  SEX: F [X] |
| c. OTHER ACCIDENT? YES [X] | c. INSURANCE PLAN NAME: FLORES TAWNEY ACOSTA PC |
| | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE  DATE 01/31/19
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS: 10 11 16  QUAL 431
15. OTHER DATE  QUAL 454  09 28 17
17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA
17a. OB MDK4281TX
17b. NPI 1356303150
19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
A. M546

| 24. DATE(S) OF SERVICE | B. POS | C. EMG | D. CPT/HCPCS | MOD | E. DX PTR | F. CHARGES | G. UNITS | H. | I. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 18 19  01 18 19 | 11 | | 72146 | | A | 2250 00 | 1 | | NPI | 1356303150 |

25. FEDERAL TAX I.D. NUMBER: 742930387  EIN [X]
26. PATIENT'S ACCOUNT NO.: CORDA005  143042
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 2250 00
31. SIGNATURE OF PHYSICIAN: SIGNATURE ON FILE  01/31/19
32. SERVICE FACILITY LOCATION:
THE BACK NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578
33. BILLING PROVIDER INFO & PH # (915)8818264
THE BACK & NECK INSTITUTE
6211 EDGEMERE SUITE 1
EL PASO TX 79925-3413
a. 1265499578

APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

| | |
|---|---|
| PICA | PICA |

**1.** MEDICARE ☐ (Medicare#) · MEDICAID ☐ (Medicaid#) · TRICARE ☐ (ID#/DoD#) · CHAMPVA ☐ (Member ID#) · GROUP HEALTH PLAN ☐ (ID#) · FECA BLK LUNG ☐ (ID#) · OTHER ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial): CORDERO, DAWN
**3. PATIENT'S BIRTH DATE** 07 05 1995  SEX: M ☐ F ☒
**4. INSURED'S NAME**: CORDERO, DAWN

**5. PATIENT'S ADDRESS** (No., Street): 1880 JOAN FRANCIS DR
**6. PATIENT RELATIONSHIP TO INSURED**: Self ☒  Spouse ☐  Child ☐  Other ☐
**7. INSURED'S ADDRESS**: 1880 JOAN FRANCIS DR

CITY: EL PASO  STATE: TX
**8. RESERVED FOR NUCC USE**
CITY: EL PASO  STATE: TX

ZIP CODE: 79928  TELEPHONE: ( )
ZIP CODE: 79928  TELEPHONE: ( )

**9. OTHER INSURED'S NAME**:
**10. IS PATIENT'S CONDITION RELATED TO:**
**11. INSURED'S POLICY GROUP OR FECA NUMBER**:

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**:
**a. EMPLOYMENT?** YES ☐  NO ☒
**a. INSURED'S DATE OF BIRTH**: 07 05 1995  SEX: M ☐ F ☒

**b. RESERVED FOR NUCC USE**:
**b. AUTO ACCIDENT?** YES ☐ NO ☒  PLACE (State):
**b. OTHER CLAIM ID** (Designated by NUCC):

**c. RESERVED FOR NUCC USE**:
**c. OTHER ACCIDENT?** YES ☒  NO ☐
**c. INSURANCE PLAN NAME OR PROGRAM NAME**: FLORES TAWNEY ACOSTA PC

**d. INSURANCE PLAN NAME OR PROGRAM NAME**:
**10d. CLAIM CODES**:
**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE**
SIGNED: SIGNATURE ON FILE  DATE: 02/20/19

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE**
SIGNED: SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**: 10 11 16  QUAL. 431
**15. OTHER DATE** QUAL. 454  09 28 17
**16. DATES PATIENT UNABLE TO WORK**: FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**: DN ROBERT E URREA MDPA
**17a.** 0B MDK4281TX
**17b. NPI**: 1356303150
**18. HOSPITALIZATION DATES**: FROM   TO

**19. ADDITIONAL CLAIM INFORMATION**: ZZ207X00000X
**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** ICD Ind.
A. M24852  B. M79605  C. M7062  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**:  ORIGINAL REF. NO.
**23. PRIOR AUTHORIZATION NUMBER**:

| # | From DD YY | To MM DD YY | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID. QUAL. | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 06 19 | 02 06 19 | 11 | | 99215 | 25 | ABC | 500 00 | 1 | | NPI | 1356303150 |
| 2 | 02 06 19 | 02 06 19 | 11 | | 20610 | LT | ABC | 200 00 | 1 | | NPI | 1356303150 |
| 3 | N463323016505 ML4 02 06 19 | 02 06 19 | 11 | | J1100 | | ABC | 40 00 | 4 | | NPI | 1356303150 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**: 742930387  SSN ☐ EIN ☒
**26. PATIENT'S ACCOUNT NO.**: CORDA005 143583
**27. ACCEPT ASSIGNMENT?** YES ☒ NO ☐
**28. TOTAL CHARGE**: $ 740 00
**29. AMOUNT PAID**: $
**30. Rsvd for NUCC Use**:

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER**: SIGNATURE ON FILE  SIGNED 02/20/19
**32. SERVICE FACILITY LOCATION INFORMATION**: THE BACK NECK INSTITUTE  6211 EDGEMERE SUITE 1  EL PASO TX 79925-3413
a. 1265499578  b.
**33. BILLING PROVIDER INFO & PH #**: (915) 8818264  THE BACK & NECK INSTITUTE  6211 EDGEMERE SUITE 1  EL PASO TX 79925-3413
a. 1265499578  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

FLORES TAWNEY ACOSTA PC
801 MYRTLE AVE SUITE 100
EL PASO TX 79901

CARRIER

PICA | | | | | | | | PICA

1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): CORDERO, DAWN
3. PATIENT'S BIRTH DATE: 07/05/1995   SEX: F ☒
4. INSURED'S NAME: CORDERO, DAWN

5. PATIENT'S ADDRESS: 1880 JOAN FRANCIS DR
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: 1880 JOAN FRANCIS DR

CITY: EL PASO    STATE: TX
8. RESERVED FOR NUCC USE
CITY: EL PASO    STATE: TX

ZIP CODE: 79928    TELEPHONE: ( )
ZIP CODE: 79928    TELEPHONE: ( )

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? YES ☐ NO ☒
a. INSURED'S DATE OF BIRTH: 07/05/1995   SEX: F ☒

b. RESERVED FOR NUCC USE:
b. AUTO ACCIDENT? YES ☐ NO ☒   PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:
c. OTHER ACCIDENT? YES ☒ NO ☐
c. INSURANCE PLAN NAME OR PROGRAM NAME: FLORES TAWNEY ACOSTA PC

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE: 04/11/19
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 10/11/16   QUAL. 431
15. OTHER DATE: QUAL. 454   09/28/17
16. DATES PATIENT UNABLE TO WORK: FROM _ TO _

17. NAME OF REFERRING PROVIDER: DN ROBERT E URREA MDPA
17a. 0B MDK4281TX
17b. NPI 1356303150
18. HOSPITALIZATION DATES: FROM _ TO _

19. ADDITIONAL CLAIM INFORMATION: ZZ207X00000X
20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
A. M24852   B. M79605   C. M7062   D.
22. RESUBMISSION CODE:   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER:

| # | From | To | POS | EMG | CPT/HCPCS | MODIFIER | DX Pointer | $ Charges | Days/Units | EPSDT | ID QUAL | Rendering Provider ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 29 19 | 03 29 19 | 11 | | 99215 | | ABC | 500.00 | 1 | | NPI | 1356303150 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 742930387   SSN/EIN: EIN ☒
26. PATIENT'S ACCOUNT NO.: CORDA005 144982
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: $ 500.00
29. AMOUNT PAID: $
30. Rsvd for NUCC Use:

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE   DATE: 04/11/19
32. SERVICE FACILITY LOCATION: THE BACK NECK INSTITUTE   6211 EDGEMERE SUITE 1   EL PASO TX 79925-3413
a. 1265499578   b.
33. BILLING PROVIDER INFO & PH #: (915) 8818264   THE BACK & NECK INSTITUTE   6211 EDGEMERE SUITE 1   EL PASO TX 79925-3413
a. 1265499578   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

EXHIBIT 2